**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Keith A. HALLIBURTON,
Defendant–Appellant.**

No. 99–2219.

United States Court of Appeals,
Seventh Circuit.

Dec. 20, 2001.

Before EASTERBROOK, ROVNER, and DIANE P. WOOD, Circuit Judges.

Order

In response to the letter of December 10, 2001, addressed to Chief Judge Flaum, the court concludes that attorney Jon Gray Noll is eligible for appointments under the Criminal Justice Act, in the district courts of this circuit, in the discretion of the district judges. Nothing in our order of

July 11, 2000, should be understood to restrict such appointments in any way.